AO-10
Rev. 1/2001

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FORM

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br>Sutton, Jeffrey S. | 2. Court or Organization<br>U.S. Court of Appeals | 3. Date of Report<br>5/14/01 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. Court of Appeals Judge | 5. ReportType (check appropriate type)<br><br>_X__ Nomination, Date __5/9/01__<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/00 to 4/30/01 |
|---|---|---|

| 7. Chambers or Office Address<br>Jones, Day, Reavis & Pogue<br>41 S. High Street, Suite 1900<br>Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 Partner | Jones, Day, Reavis & Pogue |
| 2 Director | The Jeffrey Company |
| 3 Director | ProMusica Chamber Orchestra of Columbus |
| 4 President | The Ohio State University College of Law Alumni Society |
| 5 Director | The Equal Justice Foundation |
| 6 Officer | The Federalist Society -- Separation of Power and Federalism Practice Group |
| 7 Adjunct Faculty | The Ohio State University College of Law |
| 8 President | Williams College -- Central Ohio Alumni Organization |
| 9 Board Member | Williams College -- Executive Committee of the Alumni Society |
| 10 Director | Ohio Supreme Court Committee on Dispute Resolution |
| 11 Consultant | The Ohio Judicial College |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1 1995 | Public Employees' Retirement System; unvested retirement account. |
| 2 1997 | State Teacher's Retirement System; unvested retirement account. |
| 3 1992 | Jones, Day, Reavis & Pogue -- Keogh and 401 Accounts. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | |
| 1. 1999 | Ohio Attorney General | $ 13,364 |
| 2. 1999 | Jones, Day, Reavis & Pogue | $ 190,000 |
| 3. 1999 | The Jeffrey Company | $ 29,600 |
| 4. 2000 | Jones, Day, Reavis & Pogue | $ 240,000 |
| 2000 | The Jeffrey Company | (est.) 27,000 |
| 2001 | Jones, Day, Reavis & Pogue | 330,000 |
| 5. 2001 | The Jeffrey Company | $ (est.) 27,000 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jeffrey S. Sutton | 4/4/01 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| 1. Exempt | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| 1. Exempt | | $ |
| 2. | | $ |
| | | $ |
| 3. | | $ |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | Exempt | | | | |
| | | | | | | | | | |
| 25  Bristol Myers common stock | A | Div. | J | T | | | | | |
| 26  Cisco common stock | A | Div. | J | T | | | | | |
| 27  Citigroup common stock | A | Div. | J | T | | | | | |
| 28  Comcast common stock | A | Div. | J | T | | | | | |
| 29  Dell common stock | A | Div. | J | T | | | | | |
| 30  Du Pont common stock | A | Div. | J | T | | | | | |
| 31  Exxon common stock | A | Div. | J | T | | | | | |
| 32  GE common stock | A | Div. | J | T | | | | | |
| 33  Harley Davidson common stock | A | Div. | J | T | | | | | |
| 34  Home Depot common stock | A | Div. | J | T | | | | | |
| 35  Intel common stock | A | Div. | J | T | | | | | |
| 36  IBM common stock | A | Div. | J | T | | | | | |
| 37  JP Morgan common stock | A | Div. | J | T | | | | | |
| 38  Merck common stock | A | Div. | J | T | | | | | |
| 39  Microsoft common stock | A | Div. | J | T | | | | | |
| 40  Schlumberger Ltd. common stock | A | Div. | J | T | | | | | |
| 41  Solectron common stock | A | Div. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | Exempt | | | | |
| 42 Sprint common stock | A | Div. | J | T | | | | | |
| 43 Tyco common stock | A | Div. | J | T | | | | | |
| 44 Wal-Mart common stock | A | Div. | J | T | | | | | |
| 45 Wells Fargo common stock | A | Div. | J | T | | | | | |
| 46 Worldcom common stock | A | Div. | J | T | | | | | |
| 47 AT&T Corp. | A | Int. | J | W | | | | | |
| 48 Du Pont | A | Int. | J | W | | | | | |
| 49 Household Finance Corporation | A | Int. | K | W | | | | | |
| 50 U.S. Treasury Bills | B | Int. | K | W | | | | | |
| 51 Armada Money Market Fund | A | Int. | J | W | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | Exempt | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |
| 69 | | | | | | | | | |
| 70 | | | | | | | | | |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | est. | 10 | 000 | Notes payable to banks-secured | est | 3 | 500 |
| U.S. Government securities-add schedule | no | | | Notes payable to banks-unsecured | no | | |
| Listed securities--AT&T; Wendy's | est. | 1 | 500 | Notes payable to relatives | no | | |
| Unlisted securities--add schedule | no | | | Notes payable to others -- Jones Day partner loan | | 30 | 000 |
| Accounts and notes receivable: | no | | | Accounts and bills due (except monthly bills) | no | | |
| Due from relatives and friends | no | | | Unpaid income tax | no | | |
| Due from others | no | | | Other unpaid income and interest | no | | |
| Doubtful | no | | | Real estate mortgages payable-- Norwest Mortgage Company (30 year fixed) | | 166 | 200 |
| Real estate owned-residence | est. | 275 | 000 | Chattel mortgages and other liens payable | no | | |
| Real estate mortgages receivable | no | | | Other debts-itemize: | no | | |
| Autos and other personal property | est. | 35 | 000 | | | | |
| Cash value-life insurance | no | | | | | | |
| Other assets itemize: | | | | | | | |
| Trust in which wife is beneficiary (est. market value) | est. | 306 | 000 | | | | |
| Jones, Day, Reavis & Pogue (401K and Keogh) | est. | 70 | 000 | | | | |
| Children's College Savings Accounts | est. | 15 | 000 | Total liabilities | | 199 | 700 |
| State of Ohio Deferred Compensation | est. | 23 | 000 | Net Worth | | 636 | 300 |
| Ohio State Teachers Retirement System | est. | | 500 | | | | |
| Ohio Personal Employees Retirement System | est. | 20 | 000 | | | | |
| Fidelity IRA Accounts | est. | 80 | 000 | | | | |
| Total Assets | | 836 | 000 | Total liabilities and net worth | | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | no | | | Are any assets pledged? (Add schedule) | no | | |
| On leases or contracts | no | | | Are you defendant in any suits or | no | | |